IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUSHAWN SELLERS,**

    **Plaintiff,**

    **v.**        **Case No. 2:12-CV-005**
            **JUDGE EDMUND A. SARGUS, JR.**
            **MAGISTRATE JUDGE TERENCE P. KEMP**

**UNIVERSITY OF RIO GRANDE,**

    **Defendant.**

## ORDER

This Court issued an Opinion and Order Granting Plaintiff DuShawn Sellers's Motion for a Temporary Restraining Order (Doc. 4) in this matter on Friday, January 6, 2012. In that Order, the Court ordered a hearing on the extension of the temporary restraining order. As the parties have given their limited consent, the hearing on the extension of the temporary restraining order shall be held before Magistrate Judge Terence P. Kemp on **Tuesday, January 17, 2012 at 9:00 a.m.**, United States District Court for the Southern District of Ohio, 85 Marconi Boulevard, Room 301, Columbus, Ohio 43215. Given the parties' limited consent, the Magistrate Judge shall render a final decision regarding any extension of the temporary restraining order subject only to the review of the Court of Appeals.

    **IT IS SO ORDERED.**

**01/10/2012**                                       **/s/ *Edmund A. Sargus, Jr.***
**DATED**                                              **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**