UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUSHAWN SELLERS,**

    **Plaintiff,**

    v.

**UNIVERSITY OF RIO GRANDE,**

    **Defendant.**

Case No. 2:12-CV-00005
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On February 28, 2013, Defendant filed its Motion for Summary Judgment. (ECF No. 51.) The record reflects that Plaintiff's response was due on March 25, 2013. As of the date of this Order, Plaintiff has not responded to the Motion. If Plaintiff wishes to respond to Defendant's Motion for Summary Judgment she is **DIRECTED** to move for leave to respond **WITHIN FOURTEEN (14) DAYS** of this Order. Any motion for leave should include Plaintiff's proposed response as an attachment. Plaintiff shall also state whether Defendant opposes leave to respond.

**IT IS SO ORDERED.**

4-4-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE